MSB Physical Therapy, P.C. v Nationwide Ins. (2022 NY Slip Op 50902(U))

[*1]

MSB Physical Therapy, P.C. v Nationwide Ins.

2022 NY Slip Op 50902(U) [76 Misc 3d 131(A)]

Decided on August 19, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 19, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2020-419 K C

MSB Physical Therapy, P.C., as Assignee of
Bright, Sayquan U, Appellant,
against
Nationwide Ins., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Carolyn
Walker-Diallo, J.), entered May 13, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court granting defendant's motion for summary judgment dismissing
the complaint on the ground that plaintiff failed to appear at duly scheduled examinations under
oath (EUOs), and denying plaintiff's cross motion for summary judgment.
Plaintiff repeatedly sent letters to defendant which sought to reschedule the EUOs for
unspecified dates two months beyond the date on which defendant had initially scheduled the
EUOs. Defendant complied with plaintiff's requests. Under the circumstances, contrary to
plaintiff's sole contention on appeal with respect to defendant's motion, plaintiff failed to
demonstrate the existence of an issue of fact as to whether the EUOs were scheduled at
reasonably convenient dates (see 11 NYCRR 65-3.5 [e]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 19, 2022